IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| GROUP HEALTH PLAN, INC., a nonprofit Minnesota health maintenance organization, HEALTHPARTNERS, INC., a nonprofit Minnesota health maintenance organization, | 98-1036 PAM/JGL |
| Plaintiff, | |
| vs. | |
| PHILIP MORRIS INCORPORATED, et al. | |
| Defendant. | |

| | |
|---|---|
| MEDICA, | Civil File No. 99-1739 (PAM/JGL) |
| Plaintiff, | |
| vs. | JOINT STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT |
| PHILIP MORRIS INCORPORATED, et al. | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled actions by Plaintiffs Medica, HealthPartners and Group Health, Inc. may be, and hereby are dismissed on their merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled actions pursuant hereto.

OCT 2 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD___OCT 2 1 2003
DEPUTY CLERK

**BASSFORD REMELE, A Professional Association**

Dated: 10/15/03

By _Gregory P. Bulinski_
Lewis A. Remele, Jr. (License #90724)
Gregory P. Bulinski (License #1283X)
*Attorneys for Plaintiff Medica*
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612) 333-3000

**ZELLE, HOFMANN, VOELBEL & GETTE**

Dated: 10/17/03

By _Larry Hofmann_
Larry Hofmann
Richard Hagstrom
*Attorneys for Plaintiffs HealthPartners and
   Group Health, Inc.*
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-339-2020

**DORSEY & WHITNEY LLP**

Dated: 10/16/03

By _Edward B Magarian_
Peter W. Sipkins (#0101540)
Edward B. Magarian (#0208796)
Robert A. Schwartzbauer (#0098115)
*Attorneys for Defendant Philip Morris, Incorporated*
Pillsbury Center South
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
612-340-2600

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Dated: 10-21-03

By _James S. Simonson_
James S. Simonson
*Attorneys for Defendant R.J. Reynolds Tobacco Company*
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2842

2

**FAEGRE & BENSON LLP**

Dated: 10/17/03

By *[signature]*
Jack M. Fribley
Lori A. Wagner
*Attorneys For Brown & Williamson Tobacco Corporation*
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
612/766-7000

**RIDER BENNETT, LLP**

Dated: 10-17-03

By *[signature]*
Michael Docherty (#16690X)
*Attorneys For Lorillard Tobacco Company*
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7951

**HENSON & EFRON, P.A.**

Dated: Oct. 17, 2003

By *[signature]*
Scott A. Neilson (#23995)
*Attorneys for Hill & Knowlton, Inc.*
Suite 1800
220 South Sixth Street
Minneapolis, MN 55402-4503
(612) 339-2500

**MASLON EDELMAN BORMAN & BRAND**

Dated: 10/17/03

By *[signature]*
Lawrence R. Purdy
Kirk O. Kolbo
*Attorneys for the Council For Tobacco Research – U.S.A., Inc.*
Suite 3300
90 South Seventh Street
Minneapolis, MN 55402-4140
612-672-8200

3

COSGROVE, FLYNN, GASKINS & O'CONNOR

Dated: 10/17/03

By _George W. Flynn (sfr)_
George W. Flynn
*Attorneys for the Tobacco Institute, Inc.*
29th Floor, Lincoln Centre
333 South Seventh Street
Minneapolis, MN 55402
612-333-9500

LINDQUIST & VENNUM P.L.L.P.

Dated: 10/16/03

By _____
Robert V. Atmore
Steven D. Kelley
*Attorneys for Liggett Group, Inc.*
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
612-371-3211

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaints on their merits with prejudice and without costs, disbursements or attorney's fees to any party.

BY THE COURT

Dated: October 21, 2003  _____
The Honorable Paul A. Magnuson
United States District Court Judge

4